# United States Court of Appeals
## For the Eighth Circuit

_____

No. 26-1434

_____

United States of America

*Plaintiff - Appellee*

v.

Colton Rickels

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: August 6, 2026
Filed: August 11, 2026
[Unpublished]

_____

Before GRUENDER, BENTON, and TRAYNOR, Circuit Judges.

_____

PER CURIAM.

Colton Rickels appeals after he pleaded guilty to failing to update his sex-offender registration and the district court[1] imposed a within-Guidelines sentence, to

_____

[1]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.

run consecutive to the sentence Rickels received upon the revocation of his supervised release in a separate action. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

We conclude that Rickels's within-Guidelines-range sentence and its imposition consecutive to his revocation sentence were not unreasonable. *See United States v. Nelson*, 982 F.3d 1141, 1146 (8th Cir. 2020) (reviewing the substantive reasonableness of a sentence and its imposition consecutive to another sentence under a deferential abuse-of-discretion standard; a within-Guidelines-range sentence is presumed to be reasonable). The district court properly considered the 18 U.S.C. § 3553(a) factors, and there is no indication that the court overlooked a relevant factor that should have received significant weight, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc). We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel leave to withdraw.

_____